UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD and DONNA DUNN,

    Plaintiffs and Counter Defendants,    Case No. 04-75061

v.    Honorable John Corbett O'Meara

MICHAEL and NANCY SAVAGE,

    Defendants and Counter Plaintiffs.
    _____/

### ORDER OVERRULING RECEIVER'S OBJECTIONS

Counsel for Plaintiffs/Counter Defendants submitted two proposed orders following the court's January 19, 2006 hearing in this matter. Defendants/Counter Plaintiffs and the court appointed receiver filed objections to the proposed orders February 10, 2006. The court has read and considered those objections and hereby **ORDERS** that the objections are **OVERRULED.**

    s/John Corbett O'Meara
    John Corbett O'Meara
    United States District Judge

Dated: February 13, 2006